# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br>　　Plaintiff,<br><br>　　　　v.<br><br>SHADOW MOUNTAIN<br>INVESTMENT GROUP LLC,<br>　　Defendant. | ED CV 19-00140 DSF (SHKx)<br><br>JUDGMENT OF DISMISSAL |

　　The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of Plaintiff to serve pursuant to Fed. R. Civ. P. 4(m),

　　IT IS ORDERED AND ADJUDGED that this action be dismissed without prejudice.

　　IT IS SO ORDERED.

Date: May 24, 2019

　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge